In the Matter of PEARL GABERMAN, Petitioner-Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections in the City of New York, et al., Respondents.

Argued October 2, 1944; decided October 17, 1944.

*Leo J. Linder* for appellant.

*Abraham J. Multer* and *Harry Serper* for J. Sidney Levine, respondent appearing specially.

*Ignatius M. Wilkinson, Corporation Counsel* (*William J. Fleming* of counsel), for Board of Elections of the City of New York, respondent.

Order affirmed on the ground that the proceeding was not brought within the time limited by the statute (*Matter of King* v. *Cohen,* 293 N. Y. 435, decided herewith). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.